AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Rosa Iveth Rodriguez-De Leon

IAE    YOB: 1987
Mexico
(Name and Address of Defendant)

United States District Court
Southern District Of Texas
FILED

MAY 3 2019

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-1014-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 1, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Rosa Iveth Rodriguez-De Leon was encountered by Border Patrol Agents near Los Ebanos, Texas on May 01, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 01, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 21, 2018 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 19, 2018, the defendant was convicted of 8 USC 1324 Transporting an alien within the U.S. for private financial gain and sentenced to time served.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by Amy L. Greenbaum 5/3/19

Sworn to before me and subscribed in my presence,

May 3, 2019

J. Scott Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Maria E. Guerrero     Senior Patrol Agent

Signature of Judicial Officer